MABEL WESCOTT as Ancillary Administratrix of CLARENCE M. WESCOTT, Deceased, et al., Appellants, *v.* JOHN H. HIGGINS, as Executor of and Trustee under the Will of NATHANIEL D. HIGGINS, Deceased, et al., Respondents.

*Westcott v. Higgins,* 42 App. Div. 69, affirmed.
(Argued December 3, 1901; decided December 20, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 29, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Henry W. Sackett* and *A. Lincoln Wescott* for appellants.

*Lewis Cass Ledyard* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CLARENCE DELAFIELD, Respondent and Appellant, *v.* THE VILLAGE OF WESTFIELD, Appellant and Respondent.

*Delafield v. Village of Westfield,* 41 App. Div. 24, affirmed.
(Argued December 3, 1901; decided December 20, 1901.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 10, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frank W. Stevens* for defendant, appellant and respondent.

*David McClure* for plaintiff, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, VANN, CULLEN and WERNER, JJ. Not voting, MARTIN, J.